NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3306

CHARLES G. MORGAN,

Petitioner,

v.

DEPARTMENT OF ENERGY,

Respondent.

Petition for review of the Merit Systems Protection Board in SF1221020082-M-3.

ON MOTION

Before PROST, Circuit Judge.

ORDER

The Department of Energy moves without opposition for a 45-day extension of time, until March 11, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 3 0 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 3 0 2009

JAN HORBALY
CLERK

cc:  Richard Segerblom, Esq.
     Jane W. Vanneman, Esq.

s20